No. 79–5096. LOE *v.* CLEMENTS, SHERIFF, ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5097. POLK *v.* HARRIS. C. A. 2d Cir. Certiorari denied.

No. 79–5102. PRENZLER *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (PIKE ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 79–5106. GRAYSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5107. McDONALD *v.* BIRCH, JUDGE. Ct. Crim. App. Tenn. Certiorari denied.

No. 79–5111. MIRENDA *v.* HARRIS, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–5113. ANTHONY *v.* BOORSTIN, LIBRARIAN OF CONGRESS. C. A. D. C. Cir. Certiorari denied.

No. 79–5116. GREEN *v.* HUNTER, U. S. DISTRICT JUDGE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–5118. MITCHELL *v.* MITCHELL, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5122. McDONALD *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE; AND McDONALD *v.* YELLOW FREIGHT SYSTEMS, INC. C. A. 6th Cir. Certiorari denied.

No. 79–5124. SANKEY *v.* BUTLER, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 79–5126. ANDREWS *v.* SOUTH CAROLINA ET AL. Sup. Ct. S. C. Certiorari denied.